UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| RUBEN FLORES, | No. 25-6594 |
| Plaintiff - Appellant, | D.C. No. 2:25-cv-01621-WLH-SK Central District of California, Los Angeles |
| v. | |
| ASSUREHIRE, INC., | ORDER |
| Defendant - Appellee. | |

Before: SILVERMAN, M. SMITH, and NGUYEN, Circuit Judges.

The motion (Docket Entry No. 15) to dismiss this appeal for lack of jurisdiction is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening brief is due April 3, 2026. The answering brief is due May 4, 2026. The optional reply brief is due 21 days after the answering brief is served.